91

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| MARGARITA CASTANEDA AND ARTURO CASTANEDA, INDIVIDUALLY, ON BEHALF OF, AND AS NEXT FRIEND FOR PAUL CASTANEDA, A MINOR | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-92-162 |
| SEARS, ROEBUCK AND CO. | § § § | |

## ORDER

Came on this day to be heard Margarita and Arturo Castaneda's Motion to Release funds and Modification of Order regarding their son, Paul Castaneda. The Court, having considered same finds that it should be granted. It is therefore

ORDERED that the clerk of the Southern District Brownsville Division, shall issue a check payable to Margarita and Arturo Castaneda in the amount of $1,598.10 to reimburse them for expenses for Paul Castaneda attending Praise Tabernacle Academy.

Signed this 3RD day of JAN, 2000.

_____
Judge Presiding