92

United States District Court
Southern District of Texas
FILED

SEP 27 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARGARITA CASTANEDA AND               CIVIL ACTION NO. B-92-162
ARTURO CASTANEDA
INDIVIDUALLY AND AS NEXT
FRIEND FOR PAUL CASTANEDA
A MINOR

VS.

SEARS, ROEBUCK AND CO., ET AL

## MOTION TO RELEASE FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Margarita Castaneda and Arturo Castaneda, Individually, and as Next Friend for Paul Castaneda, a Minor, and files this their Motion to Release Funds, and in support thereof would show onto the Court as follows:

I

The Court had, in its 1997 Order, authorized the Clerk to release funds on behalf of Paul Castaneda to Living Word Christian Academy for tuition, without the parents having to come back to the Court for authorization. However, Paul was moved from Living Word Christian Academy to Praise Tabernacle Academy, where he attended school from 1998 through 2001. The total paid by the parents for all three years was four thousand seven hundred fifty nine dollars ($4759.00). The parents were not aware they could apply to the Clerk for payment. A copy of the letter from Guadalupe M. Ybarra, Principal verifying the payments is attached as Exhibit 1.

II

Paul Castaneda is currently enrolled at Macedonian Christian Academy for the school year 2002-2003, and he attended Macedonian last school year, 2001-2002. A copy of a letter from Mr. Santiago Curling, Administrator, reflects that the parents paid One thousand six hundred ten dollars ($1610.00) for school year 2001-2002, and that one hundred seventy dollars ($170.00) is still owing. Further, that tuition for 2002-2003 in the amount of one thousand seven hundred eighty dollars ($1780.00)is still owed. The letter is attached as Exhibit 2.

The parents have paid a total of six thousand three hundred sixty nine dollars ($6369.00) in tuition that could have been paid through the Court Clerk. However, the parents were unaware of how to proceed in this matter.

III

The parents of Paul Castaneda ask the Court to authorize the Clerk to reimburse Mr. and Mrs. Castaneda for the above referenced tuition in the amount of six thousand three hundred nine dollars ($6369.00). Further, to authorize the Clerk to pay directly to Macedonian Christian Academy one thousand nine hundred fifty dollars ($1950.00) for tuition owed for 2001-2002 (($170.00) and current tuition of one thousand seven hundred eighty dollars ($1780.00).

RESPECTFULLY SUBMITTED,

REYNALDO S. CANTU, JR.
ATTORNEY AD LITEM
For Paul Castaneda
508 Avenida Escandon
Rancho Viejo, TX 78575
Tel: 956 350 3187

# Praise Tabernacle Academy

802 W. Sugar Cane Dr. * Weslaco, TX 78596 * Phone (956) 968-3254 * Principal, Lupe M. Ybarra

September 16, 2002

To Whom it May Concern:

This is to verify that Paul Castañeda was a student at Praise Tabernacle Academy for three consecutive school years, from August 1998 through May 2001. Following is a list of itemized charges from our school:

| Monthly Tuition | | | Annual Tuition |
|---|---|---|---|
| $125.00 | X 10 months | = | $1,250.00 |
| $25.00 | X 10 months books | = | 250.00 |
| $5.00 | X 10 months computer use | = | 50.00 |
| $1.00 | X 10 months water & green dot treats | = | + 10.00 |
| | | | $1560.00 |
| $25.00 | Initial Diagnostic testing | | 25.00 |
| $50.00 | Annual Registration Fee | | 50.00 |
| $20.00 | Annual CAT test in January | | + 20.00 |
| | | | $1,655.00 TOTAL |

The totals paid per year are as follows: 1998-1999 = $1655.00; 1999 - 2000 = $1630 (Initial Diagnostic Fee is not charged in subsequent years); 2000 - 2001 = $1474.00 (Paul was absent for all of October 2000, due to surgery). Total paid for all three years = $4759.00.

If you have need of any further information, feel free to contact me.

Respectfully yours,

*Guadalupe Ybarra*

Guadalupe M. Ybarra
Principal

EX. 1

# Macedonian Christian Academy

*Seeking to Grow Ministers*
Administrator: Santiago W. Curling
Established In 1988

April 29, 2002

**Dear Mrs. Castaneda:**

Here is the information you requested on your son Paul Castaneda's account for the school year 2001-2002. Registration fee and tuition are as follows:

| | |
|---|---|
| Registration Fee | $ 250.00 |
| Tuition | 1,530.00 |
| Total | $1,780.00 |

As of April 29, 2002 total payments to the account are $1,610.00. One final month of tuition will be added on May 1, 2002 of $170.00, which is due on or before May 10, 2002.

As for the school year 2002-2003, the registration fee and tuition will remain the same. They are as follows:

| | |
|---|---|
| Registration Fee | $ 250.00 |
| Tuition | 1,530.00 |
| Total | $1,780.00 |

Thank you for choosing our school for your son's education. If you have any questions, please do not hesitate to call me at 956-464-7950.

In His glad service,

Mr. Santiago Curling
Administrator

SC/ee

P.O. BOX 206         ALAMO, TX 78516         (956) 464-7950

EX. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARGARITA CASTANEDA AND      CIVIL ACTION NO. B-92-162
ARTURO CASTANEDA
INDIVIDUALLY AND AS NEXT
FRIEND FOR PAUL CASTANEDA
A MINOR

VS.

SEARS, ROEBUCK AND CO., ET AL

MOTION TO RELEASE FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Margarita Castaneda and Arturo Castaneda, Individually, and as Next Friend for Paul Castaneda, a Minor, and files this their Motion to Release Funds, and in support thereof would show onto the Court as follows:

I

The Court had, in its 1997 Order, authorized the Clerk to release funds on behalf of Paul Castaneda to Living Word Christian Academy for tuition, without the parents having to come back to the Court for authorization. However, Paul was moved from Living Word Christian Academy to Praise Tabernacle Academy, where he attended school from 1998 through 2001. The total paid by the parents for all three years was four thousand seven hundred fifty nine dollars ($4759.00). The parents were not aware they could apply to the Clerk for payment. A copy of the letter from Guadalupe M. Ybarra, Principal verifying the payments is attached as Exhibit 1.

II

Paul Castaneda is currently enrolled at Macedonian Christian Academy for the school year 2002-2003, and he attended Macedonian last school year, 2001-2002. A copy of a letter from Mr. Santiago Curling, Administrator, reflects that the parents paid One thousand six hundred ten dollars ($1610.00) for school year 2001-2002, and that one hundred seventy dollars ($170.00) is still owing. Further, that tuition for 2002-2003 in the amount of one thousand seven hundred eighty dollars ($1780.00)is still owed. The letter is attached as Exhibit 2.

The parents have paid a total of six thousand three hundred sixty nine dollars ($6369.00) in tuition that could have been paid through the Court Clerk. However, the parents were unaware of how to proceed in this matter.

III

The parents of Paul Castaneda ask the Court to authorize the Clerk to reimburse Mr. and Mrs. Castaneda for the above referenced tuition in the amount of six thousand three hundred nine dollars ($6369.00). Further, to authorize the Clerk to pay directly to Macedonian Christian Academy one thousand nine hundred fifty dollars ($1950.00) for tuition owed for 2001-2002 (($170.00) and current tuition of one thousand seven hundred eighty dollars ($1780.00).

RESPECTFULLY SUBMITTED,

REYNALDO S. CANTU, JR.
ATTORNEY AD LITEM
For Paul Castaneda
508 Avenida Escandon
Rancho Viejo, TX 78575
Tel: 956 350 3187

# Praise Tabernacle Academy

802 W. Sugar Cane Dr.  *  Weslaco, TX  78596  *  Phone (956) 968-3254  *  Principal, Lupe M Ybarra

September 16, 2002

To Whom it May Concern:

This is to verify that Paul Castañeda was a student at Praise Tabernacle Academy for three consecutive school years, from August 1998 through May 2001.  Following is a list of itemized charges from our school:

| Monthly Tuition | | Annual Tuition |
|---|---|---|
| $125.00 X 10 months = | | $1,250.00 |
| $25.00 X 10 months books = | | 250.00 |
| $5.00 X 10 months computer use = | | 50.00 |
| $1.00 X 10 months water & green dot treats = | | +   10.00 |
| | | $1560.00 |
| $25.00 Initial Diagnostic testing | | 25.00 |
| $50.00 Annual Registration Fee | | 50.00 |
| $20.00 Annual CAT test in January | | +   20.00 |
| | | $1,655.00  TOTAL |

The totals paid per year are as follows:  1998-1999 = $1655.00;  1999 - 2000 = $1630 (Initial Diagnostic Fee is not charged in subsequent years);  2000 - 2001 = $1474.00 (Paul was absent for all of October 2000, due to surgery).  Total paid for all three years = $4759.00.

If you have need of any further information, feel free to contact me.

Respectfully yours,

*Guadalupe Ybarra*

Guadalupe M. Ybarra
Principal

EX. 1

# Macedonian Christian Academy

*Seeking to Grow Ministers*
Administrator: Santiago W. Curling
Established In 1988

April 29, 2002

Dear Mrs. Castaneda:

Here is the information you requested on your son Paul Castaneda's account for the school year 2001-2002. Registration fee and tuition are as follows:

| | |
|---|---|
| Registration Fee | $ 250.00 |
| Tuition | 1,530.00 |
| Total | $1,780.00 |

As of April 29, 2002 total payments to the account are $1,610.00. One final month of tuition will be added on May 1, 2002 of $170.00, which is due on or before May 10, 2002.

As for the school year 2002-2003, the registration fee and tuition will remain the same. They are as follows:

| | |
|---|---|
| Registration Fee | $ 250.00 |
| Tuition | 1,530.00 |
| Total | $1,780.00 |

Thank you for choosing our school for your son's education. If you have any questions, please do not hesitate to call me at 956-464-7950.

In His glad service,

Mr. Santiago Curling
Administrator

SC/ee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Margarita Castaneda and
Arturo Castaneda
Individually and as next                     Civil Action No. B-92-162
Friend for Paul Castaneda,
a Minor

VS.

Sears, Roebuck and Co., et al

ORDER

The Court after reviewing the Motion for Release of Funds and the Court's earlier Order of December 1997 finds that the motion should be approved. It is therefore

**ORDERED** that the Clerk shall release funds in the amount of six thousand three hundred sixty nine dollars ($6369.00) payable to Margarita and Arturo Castaneda as reimbursement for tuition paid on behalf of Paul Castaneda. It is further

**ORDERED** that the clerk shall release funds in the amount of one thousand nine hundred fifty dollars ($1950.00) payable to Macedonian Christian Academy for tuition for Paul Castaneda.

Signed this _____ day of _____, 2002.

UNITED STATES MAGISTRATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Margarita Castaneda and
Arturo Castaneda
Individually and as next
Friend for Paul Castaneda,
a Minor

Civil Action No. B-92-162

VS.

Sears, Roebuck and Co., et al

### ORDER

The Court after reviewing the Motion for Release of Funds and the Court's earlier Order of December 1997 finds that the motion should be approved. It is therefore

**ORDERED** that the Clerk shall release funds in the amount of six thousand three hundred sixty nine dollars ($6369.00) payable to Margarita and Arturo Castaneda as reimbursement for tuition paid on behalf of Paul Castaneda. It is further

**ORDERED** that the clerk shall release funds in the amount of one thousand nine hundred fifty dollars ($1950.00) payable to Macedonian Christian Academy for tuition for Paul Castaneda.



Signed this _____ day of _____, 2002.

UNITED STATES MAGISTRATE