UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

Margarita Castaneda and
Arturo Castaneda
Individually and as next
Friend for Paul Castaneda,
a Minor

Civil Action No. B-92-162

VS.

Sears, Roebuck and Co., et al

ORDER

The Court after reviewing the Motion for Release of Funds and the Court's earlier Order of December 1997 finds that the motion should be approved. It is therefore

**ORDERED** that the Clerk shall release funds in the amount of six thousand three hundred sixty nine dollars ($6369.00) payable to Margarita and Arturo Castaneda as reimbursement for tuition paid on behalf of Paul Castaneda. It is further

**ORDERED** that the clerk shall release funds in the amount of one thousand nine hundred fifty dollars ($1950.00) payable to Macedonian Christian Academy for tuition for Paul Castaneda.

Signed this 2nd day of October, 2002.

UNITED STATES MAGISTRATE