United States District Court
Southern District of Texas
FILED

JAN 0 8 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARGARITA CASTANEDA AND ARTURO CASTANEDA INDIVIDUALLY AND AS NEXT FRIEND FOR PAUL CASTANEDA A MINOR VS. SEARS, ROEBUCK AND CO., ET AL | CIVIL ACTION NO. B-92-162 |

MOTION TO RELEASE FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Margarita Castaneda and Arturo Castaneda, Individually, and as Next Friend for Paul Castaneda, a Minor, and files this their Motion to Release Funds, and in support thereof would show onto the Court as follows:

Paul Castaneda is currently enrolled a Macedonian Christian Academy for the school year 2003-2004. Paul has attended the same school since 2001. School fees have not been paid for the school year. A letter from Santiago Curling, Administrator is attached. According to the letter a total of $2170 is due for the entire school year 2003-2004.

The parents of Paul Casteneda ask the Court to authorize the Clerk to pay the tuition bill directly to the Macedonian Christian Academy.

RESPECTFULLY SUBMITTED,

REYNALDO S. CANTU, JR.
ATTORNEY AD LITEM
For Paul Castaneda
508 Avenida Escandon

Rancho Viejo, TX 78575
956-350 3187