United States District Court
Southern District of Texas
ENTERED

JAN 15 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARGARITA CASTANEDA AND
ARTURO CASTANEDA
INDIVIDUALLY AND AS NEXT       CIVIL ACTION NO. B-92-162
FRIEND FOR PAUL CASTANEDA
A MINOR
VS.
SEARS, ROEBUCK AND CO., ET AL

ORDER

The Court after reviewing the Motion for Release of Funds and the Court's earlier Order of December 1997 finds that the motion should be approved. It is therefore

ORDERED that the Clerk shall release funds in the amount of two thousand one hundred seventy dollars ($2170.00) payable to Macedonian Christian Academy, mailing address P.O. Box 206, Alamo, TX 78516 for tuition, registration, and fees for Paul Castaneda.

Signed this 15th day of January 2004.

UNITED STATES MAGISTRATE JUDGE