CASE NO. B-92cv162
INSTRUMENT NO.

# SEALED RECORD

DESCRIPTION OF CONTENTS: Motion to Seal

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT.