United States District Court
Southern District of Texas
FILED

AUG 0 5 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITA CASTANEDA & | * | CIVIL ACTION NO. B-92-162 |
| ARTURO CASTANEDA | * | |
| INDIVIDUALLY AND AS NEXT FRIEND | | |
| FOR PAUL CASTANEDA, A MINOR | * | |
| | * | |
| VS. | * | |
| | * | |
| SEARS, ROEBUCK AND CO., et al | * | |
| COUNTY, TEXAS | | |

### MOTION TO SEAL

Comes now Margarita Castaneda individually and as next friend for Paul Castaneda, a Minor and moves the Court to seal the attached Motion for Release of Funds.

1. The motion has to do with personal financial matters.

2. Paul Castaneda is a minor child.

Wherefore, movant prays the Court to grant this motion.

Respectfully submitted,

Reynaldo S. Cantu
Attorney Ad Litem for Paul Castaneda, a Minor
508 Avenida Escandon
Rancho Viejo, TX 78575
Bar No. 03767500
Fed Bar No. 1900
Tel: (956) 350-3187
Fax: (956) 350-3187