United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARGARITA CASTANEDA &** | * | **CIVIL ACTION NO. B-92-162** |
| **ARTURO CASTANEDA** | * | |
| **INDIVIDUALLY AND AS NEXT FRIEND** | | |
| **FOR PAUL CASTANEDA, A MINOR** | * | |
| | * | |
| **VS.** | * | |
| | * | |
| **SEARS, ROEBUCK AND CO., et al** | * | |
| **COUNTY, TEXAS** | | |

## ORDER

Came on for consideration the Motion to Seal, and the Court finds that such motion should be GRANTED.

IT IS THEREFORE, ORDERED that the Motion To Release Funds be sealed by the Clerk of the Court until further order of the Court.

DONE at Brownsville, Texas, this 8 day of AUGUST, 2005.

_____
Judge Presiding