CASE NO. B 02 cv 162

INSTRUMENT NO.

# SEALED RECORD

DESCRIPTION OF CONTENTS: Order Granting Release Of Funds

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.