# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Patricia Kelly
Attorney at Law
20849 Glan Eagles Links Dr
Estero  FL  33928

United States Courts
Southern District of Texas
FILED

AUG 1 8 2005

Michael N. Milby, Clerk

Case: 1:92-cv-00162   Instrument: 98   (1 pages)
Date: Aug 8, 2005
Control: 05089556
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
    and
You can serve other parties through the court's electronic filing system.
Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.
Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
    and
Register on-line for a training class to receive your user privileges.



US POSTAGE $00.370 08/08/2005 Mailed From 77002

KELL049 339202103 1604 10 08/15/05
FORWARD TIME EXP RTN TO SEND
KELLY-PATRICIA
9096 SHADOW GLEN WAY
FORT MYERS FL 33913-7052

RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208
OFFICIAL BUSINESS