# SEALED RECORD

DESCRIPTION OF CONTENTS: Motion to Release Funds - Proposed Order

SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT.

CASE NO. B-92-cv-162
INSTRUMENT NO. _____