UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARGARITA CASTANEDA &** | * | **CIVIL ACTION NO. B-92-162** |
| **ARTURO CASTANEDA** | * | |
| **INDIVIDUALLY AND AS NEXT FRIEND** | | |
| **FOR PAUL CASTANEDA, A MINOR** | * | |
| | * | |
| **VS.** | * | |
| | * | |
| **SEARS, ROEBUCK AND CO., et al** | * | |
| **COUNTY, TEXAS** | | |

### ORDER

Came on for consideration the Motion to Seal, and the Court finds that such motion should be GRANTED.

IT IS THEREFORE, ORDERED that the Motion To Release Funds be sealed by the Clerk of the Court until further order of the Court.

DONE at Brownsville, Texas, this _____ day of _____, 2005.

_____
Judge Presiding