```
                                            United States District Court
                                            Southern District of Texas
                                                    ENTERED

                                                  OCT 27 2005

                                            Michael N. Milby, Clerk of Court
                                            By Deputy Clerk _____
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARGARITA CASTANEDA & | * | CIVIL ACTION NO. B-92-162 |
| ARTURO CASTANEDA | * | |
| INDIVIDUALLY AND AS NEXT FRIEND | | |
| FOR PAUL CASTANEDA, A MINOR | * | |
| | * | |
| VS. | * | |
| | * | |
| SEARS, ROEBUCK AND CO., et al | * | |
| COUNTY, TEXAS | | |

## ORDER

Came on for consideration the Motion to Seal, and the Court finds that such motion should be GRANTED.

IT IS THEREFORE, ORDERED that the Motion To Release Funds be sealed by the Clerk of the Court until further order of the Court.

DONE at Brownsville, Texas, this 27th day of OCT, 2005.

_____
Judge Presiding