United States District Court
Southern District of Texas
ENTERED

OCT 27 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| MARGARITA CASTANEDA & <br> ARTURO CASTANEDA <br> INDIVIDUALLY AND AS NEXT FRIEND <br> FOR PAUL CASTANEDA, A MINOR <br><br> VS. <br><br> SEARS, ROEBUCK AND CO., et al | CIVIL ACTION NO. B-92-162 |

## ORDER

Came on this day to be heard Margarita Castaneda's Motion to Release Funds regarding her son, Paul Castaneda. The Court, having considered same, finds that it should be granted. It is therefore

ORDERED that the check of the Southern District, Brownsville Division, shall issue a check payable to Mid Valley Christian School in the amount of $3495.00 for expenses and tuition on behalf of Paul Castaneda for school year 2005-2006.

Signed this 27TH day of OCT, 2005.

_____
Judge Presiding

