

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P O Box 61010
HOUSTON TEXAS 77208

www.txs.uscourts.gov



Patricia Kelly
Attorney at Law
20849 Glan Eagles Links Dr
Estero FL 33928



United States Courts
Southern District of Texas
FILED

NOV 0 8 2005

Michael N. Milby, Clerk

---

Case: 1:92-cv-00162  Instrument: 103  (1 pages)
Date: Oct 27, 2005
Control: 051044697
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
     and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
     and
Register on-line for a training class to receive your user privileges.



NOV 0 8 2005

M. Milby, Clerk

KELL849  339282012 1604 02 11/02/05
FORWARD TIME EXP RTN TO SEND
KEELLY-PATRICIA
9096 SHADOW GLEN WAY
FORT MYERS FL 33913-7052

RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS