**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

Margarita Castaneda, et al.
                Plaintiff

v.　　　　　　　　　　　Case No.: 1:92–cv–00162
　　　　　　　　　　　　Magistrate Judge John William Black

Sears, Roebuck and Co., et al.
                Defendant

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S. Hanen

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 4/23/08

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Miscellaneous Hearing


Date:　April 17, 2008

Michael N. Milby, Clerk