CASE NO. B-92-CV-162
INSTRUMENT NO. _____

United States District Court
Southern District of Texas
ENTERED
APR 2 3 2008
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# SEALED RECORD

DESCRIPTION OF CONTENTS: Order entered by Judge Andrew S. Hanen,

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS